# UNITED STATES DISTRICT COURT

NORTHERN District of TEXAS - DALLAS DIVISION

LORI MARTIN,

Plaintiff,

V.

UT SOUTHWESTERN MEDICAL CENTER,

Defendant.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 3-07CV1663-R

TO: (Name and address of Defendant)

UT Southwestern Medical Center
c/o Kern Wildenthal, M.D., Ph.D., President
5323 Harry Hines Blvd
Dallas, Texas 75390-9002

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Steven K. DeWolf, Esq.
Barbara L. Emerson, Esq.
Bellinger & DeWolf, LLP
10000 N. Central Expressway., Suite 900
Dallas, Texas 75231

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK OF COURT

CLERK

(By) DEPUTY CLERK

DATE OCT - 1 2007

(ISS-1)

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[(1)] | DATE |
|---|---|
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

☐ Other (specify): _____

_____

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

## DECLARATION OF SERVER

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                      Date                 *Signature of Server*

                                      _____
                                      *Address of Server*

___

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.